IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER CORREA,** *Plaintiff,* | **CIVIL ACTION** |
| v. | **No. 18-1375** |
| **NORTH AMERICAN RECOVERY,** *et al.,* *Defendants.* | |

## ORDER

AND NOW, this 6th day of **June 2019**, upon consideration of Defendant, North American Recovery's, Renewed Motion to Compel Arbitration and to Strike Plaintiff's Class Action Claims Under Fed R. Civ. P. 12(f) (ECF No. 23), Plaintiff's Response thereto (ECF No. 24), Defendant's Reply (ECF No. 25), and Plaintiff's Surreply (ECF No. 26), and in accordance with the Court's accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion to Compel Arbitration and Strike Plaintiff's Class Action Claims (ECF No. 23) is **GRANTED**. Plaintiff's Complaint is hereby **DISMISSED**. The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

_____
**CHAD F. KENNEY, JUDGE**